■ In the Matter of Shepard Traube et al., as Tenants' Committee of 2 West 67th Street, New York, Appellants, v. Temporary State Housing Rent Commission, Respondent.— Order, entered on April 25, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Frank D. Jones, Appellant.— Order, entered on April 7, 1960, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of the Arbitration between Rex-Rotary International Corporation, Respondent, and American Dictating Machine Co., Inc., Appellant.— Orders, entered on July 3, 1961 and July 31, 1961, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ Harold Derber, Respondent, v. Richard Candelaria, Appellant.— Order, entered on November 27, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ Ludwig Lawrence, Appellant, v. Decca Records, Inc., et al., Respondents, et al., Defendants.— Order, entered on August 22, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ The People of the State of New York v. John Bell.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. The order of this court entered on January 25, 1962 is vacated. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) The People of the State of New York v. Sergio Rios. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. (B) The People of the State of New York v. Richard Butts. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ In the Matter of 165 Broadway, Inc. Bijur & Herts et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be filed and served on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on January 18, 1962 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.